| | |
|---|---|
| **JOEL A. KAUTH, CA Bar No. 186544**<br>E-mail: joel.kauth@kppb.com<br>**KAUTH, POMEROY, PECK & BAILEY LLP**<br>5 Corporate Park, Suite 270<br>Irvine, California 92606<br>PH: (949) 852-0000<br>FAX: (949) 852-0004 | *E-FILED 1/18/08* |

Attorneys for Defendants and Counterclaimants,
AMERICAN UNDERWATER PRODUCTS, INC. and
TWO FORTY DEUCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AQUA-LUNG AMERICA, INC.,<br>A Delaware Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC, a California Corporation,<br><br>    and<br><br>TWO FORTY DEUCE CORPORATION, a Colorado Corporation,<br><br>    Defendants,<br><br>and Related Counterclaims. | Case No. C 07 2346 RS<br><br>**STIPULATION AS TO CERTAIN DATES FOR DISCOVERY AND OTHER MATTERS AND ORDER THEREON**<br><br>**Hon. Richard Seeborg** |

The parties having agreed upon the schedule for certain upcoming dates, hereby submit their stipulation in accordance with the Court's previous order. Accordingly,

**IT IS ORDERED** that:

1. Defendant and Counterclaimant Two Forty Deuce Corporation to serve its identification of trade secrets pursuant to Cal. Code. Civ. Proc. 2019.210 by January 23, 2008.

2. All parties to serve written responses and/or objections to currently-pending discovery requests, which discovery requests were served in December 2007, by February 6, 2008.

3. Defendants to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to N.D. Cal. Patent L.R. 3-1 by February 27, 2008.

4. Not later than 45 days after service upon it of the "Disclosure of Asserted Claims and Preliminary Infringement Contentions," Plaintiff Aqua-Lung America, Inc. to serve its Preliminary Invalidity Contentions in accordance with N.D. Cal. Patent L.R. 3-3.

5. Not later than 10 days after service of the "Preliminary Invalidity Contentions" pursuant to Patent L.R. 3-3, each party shall simultaneously exchange a list of claim terms, phrases, or clauses which that party contends should be construed by the Court, and identify any claim element which that party contends should be governed by 35 U.S.C. § 112(6).

6. All subsequent claim construction deadlines to be calculated in accordance with N.D. Cal. Patent L.R. 4.

Stipulated and agreed to by the parties through counsel:

DATED: January 18, 2008  Respectfully submitted,

KAUTH, POMEROY, PECK & BAILEY LLP

By  /s/ Joel A. Kauth
    Joel A. Kauth

Attorneys for Defendants and Counterclaimants
AMERICAN UNDERWATER PRODUCTS, INC.
and
TWO FORTY DEUCE CORPORATION

DATED: January 18, 2008  YOUNG & THOMPSON

By  /s/ Douglas V. Rigler
    Douglas V. Rigler

Attorneys for Plaintiff and Counterdefendant
AQUA-LUNG AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 18, 2008  By  [signature]

Hon. Richard Seeborg, Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record on January 18, 2008, via the Court's ECF Filing System.

By /s/ Joel A. Kauth

**KAUTH, POMEROY,
PECK & BAILEY LLP**