1

2

3                                                              **\*E-FILED 4/2/08\***

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                  SAN JOSE DIVISION

9

10   AQUA-LUNG AMERICA, INC.,                    NO. C 07-2346 RS

11                       Plaintiff,              **ORDER GRANTING MOTION TO**
                                                 **COMPEL IN PART**
12       v.

13   AMERICAN UNDERWATER PRODUCTS, INC.,
     et al,
14

15                       Defendants .
     _____/
16

17          Plaintiff Aqua-Lung America, Inc. moves to compel further written discovery responses from

18   defendants Two Forty Deuce Corporation  ("TFD") and American Underwater Products, Inc, 3

19   dba Oceanic  ("Oceanic").  At the hearing, the Court directed the parties to engage in further meet

20   and confer negotiations to resolve or at least narrow the scope of their disputes.  The parties did so

21   and reported that they were able to reach agreement in many areas.  This order memorializes the

22   agreements the parties reached and resolves the remaining disputes.

23          1.  The motion to compel is granted with respect to Document Request Nos. 1 and 2 directed

24   at both Oceanic and TFD, as limited by agreement to non-privileged matter that was transmitted to

25   the patent issuing authorities.  Defendants represented at the hearing that the only patent file history

26   that they object to producing is an application filed very recently that does not yet include any

27   communications or analysis of the claims.  That objection is overruled.  While the application itself

28   may be somewhat less probative than any file history that subsequently develops, the application is

**United States District Court**
For the Northern District of California

1

1   not wholly irrelevant and would be subject to production as part of a more developed file history;

2   hence there is no basis to withhold it now.

3       2.  The motion to compel is granted as to Document Request Nos. 3-10 directed at TFD

4   seeking materials related to its corporate existence.

5       3.  As to Document Requests Nos. 14 and 16-18 directed to Oceanic, the motion is granted in

6   part.  Oceanic shall produce marketing, sales, and profit information but need not produce customer

7   lists nor correspondence with customers or dealers, except to the extent any such correspondence is

8   responsive to some other request.

9       4.  The motion to compel is granted with respect to Interrogatories 1 and 3-5 directed to

10  Oceanic and with respect to Interrogatories 3, 5, 7-8 and10 directed to TFD.  With respect to those

11  interrogatories seeking identification of communications between the parties (Oceanic No. 1 and

12  TFD Nos. 3-5 and 10) defendants shall provide reasonably detailed and specific responses.  As

13  agreed by the parties, defendants shall hereinafter be precluded from presenting any evidence at trial

14  pertaining to any oral representation responsive to these interrogatories not identified in the

15  supplemental responses, except upon a showing of good cause.

16      5.  All further responses and production of documents required by this order shall be served

17  within 14 days of the date of this order.

18

19  IT IS SO ORDERED.

20  Dated: April 2, 2008

21  RICHARD SEEBORG
    United States Magistrate Judge

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO COMPEL IN PART
C 07-2346 RS

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2   A. James Isbester     jamie@itpatentcounsel.com, donna@itpatentcounsel.com

3   Joel A Kauth     joel.kauth@kppb.com

4   Douglas V. Rigler     drigler@young-thompson.com

5   Gillian Winifred Thackray     gillian@itpatentcounsel.com

6

7   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the Court's CM/ECF program.

8

9   **Dated: 4/2/08**                              **Richard W. Wieking, Clerk**

10

11                                                 **By:** _____**Chambers**_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO COMPEL IN PART
C 07-2346 RS
                                                3

**United States District Court**
For the Northern District of California