YOUNG & THOMPSON
Douglas V. Rigler
drigler@young-thompson.com
745 S. 23rd St.
Arlington, VA 22201
Telephone: (703) 521-2297
Facsimile: (703) 685-0573

ISBESTER & THACKRAY, LLP
A. James Isbester, SBN 129820
jamie@itpatentcounsel.com
Gillian W. Thackray, SBN 196756
gillian@itpatentcounsel.com
3160 College Avenue, Suite 203
Berkeley, California 94075
Telephone: (510) 655-3014
Facsimile: (510) 655-3614

Attorneys for Plaintiff Aqua-Lung America, Inc.

*E-FILED 4/2/08*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA-LUNG AMERICA, INC.<br>A Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC<br>a California corporation<br><br>and<br><br>TWO FORTY DEUCE CORPORATION,<br>a Colorado Corporation<br><br>Defendants,<br><br>and Related Counterclaims. | Case No. C 07 2346 RS<br><br>**REVISED STIPULATION AS TO CERTAIN DATES FOR DISCOVERY AND OTHER MATTERS AND ORDER THERON**<br><br>Hon. Richard Seeborg |

The parties having agreed upon the schedule for certain upcoming dates, hereby submit their stipulation in accordance with the Court's previous order. Accordingly,

**IT IS ORDERED** that:

1. Defendant and Counterclaimant Two Forty Deuce Corporation to serve its identification of trade secrets pursuant to Cal. Code. Civ. Proc. 2019.210 by January 23, 2008.

2. Defendants to serve responses to Plaintiff First Set of Interrogatories and First Set of Document Requests in compliance with the Court's Order and ruling on Plantiff's Motion to Compel Discovery by April 16, 2008.

3. Defendants to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to N.D. Cal. Patent L.R. 3-1 by February 27, 2008.

4. Not later than May 30, 2008, Plaintiff Aqua-Lung America, Inc. to serve its Preliminary Invalidity Contentions in accordance with N.D. Cal. Patent L.R. 3-3.

5. Not later than 10 days after service of the "Preliminary Invalidity Contentions" pursuant to Patent L.R. 3-3, each party shall simultaneously exchange a list of claim terms, phrases, or clauses which that party contends should be construed by the Court, and identify any claim element which that party contends should be governed by 35 U.S.C. § 112(6).

6. All subsequent claim construction deadlines to be calculated in accordance with N.D. Cal. Patent L.R. 4.

Stipulated and agreed to by the parties through counsel:

DATED:     Respectfully submitted,

KAUTH, POMEROY, PECK & BAILEY LLP

Dated: 3/31/08     By _____
Joel A. Kauth

Attorneys for Defendants and Counterclaimants
AMERICAN UNDERWATER PRODUCTS, INC.
and
TWO FORTY DEUCE CORPORATION

DATED: March 31, 2008     YOUNG & THOMPSON

Dated: March 31, 2008     By _____
Douglas V. Rigler

Attorney for Plaintiff and Counterdefendant
AQUA-LUNG AMERICA, INC.

STIPULATION AS TO CERTAIN DATES FOR DISCOVERY AND OTHER MATTERS AND ORDER THERON – Page 3 of 4

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | ~~DATED:~~   ~~Respectfully submitted,~~

5 | Dated: 4/2/08         By _____/s/ Richard Seeborg_____
6 | Hon. Richard Seeborg
    United States Magistrate Judge

Young & Thompson
209 Madison Street, Suite 500
Alexandria, Virginia 22314