*E-FILED 12/3/08*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| AQUA-LUNG AMERICA, INC. <br> A Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC <br> a California corporation <br><br> and <br><br> TWO FORTY DEUCE CORPORATION, <br> a Colorado Corporation <br><br> Defendants. | Case No. C 07 2346 RS <br><br> ~~JOINTLY PROPOSED~~ **Order Permitting Apparatus In The Courtroom** <br><br> Hon. Richard Seeborg |

The parties having discussed with the Court at the November 25, 2008 hearing in this matter the need to bring apparatus into the Court for the Claim Construction Hearing scheduled for December 10, 2008, and the parties having agreed to the within jointly submitted Proposed Order, the Court hereby **ORDERS** that:

The parties may enter the United States District Court for the Northern District of California, San Jose Division, and Judge Seeborg's chambers, with scuba diving first and second stage air regulators and associated short hoses and gauges, as well as associated hand tools required to assemble and disassemble the regulars. The parties may also bring into the courtroom poster boards in various size and number as required.

Dated: December 3, 2008

_____
United States Magistrate Judge
Hon. Richard Seeborg