TOWNSEND AND TOWNSEND AND CREW LLP
A. JAMES ISBESTER (State Bar No. 129820)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: jisbester@townsend.com

Attorneys for Plaintiff and Counterdefendant
Aqua-Lung America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AQUA-LUNG AMERICA, INC.
A Delaware Corporation

Plaintiff,

v.

AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC
a California corporation

and

TWO FORTY DEUCE CORPORATION,
a Colorado Corporation

Defendants.

**Case No. C 07-2346 RS**

**NOTICE OF SUBSTITUTION OF COUNSEL FOR AQUA-LUNG AMERICA, INC. AND ~~[PROPOSED]~~ RS ORDER GRANTING SUBSTITUTION**

**Hon. Richard Seeborg**

**To all parties and their counsel of record.**

**Please take notice that:**

Plaintiff and counterdefendant Aqua-Lung America, Inc. hereby substitutes John Worden, Esq. and Schiff Hardin LLP as its counsel in place of A. James Isbester, Esq. and Townsend and Townsend and Crew LLP. Substitute counsel's address, telephone number and bar number are as follows:

John S. Worden (Cal. State Bar No. 142943)
Schiff Hardin LLP
1 Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105

(415) 901-8700

All further pleadings, notices and orders should be sent to substitute counsel.

DATED: May 6, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: James Isbester
A. James Isbester
Attorneys for plaintiff and counterdefendant Aqua-Lung America, Inc.

DATED: May 6, 2009

SCHIFF HARDIN LLP

By: ______________________
John S. Worden
Substitute attorneys for plaintiff and counterdefendant Aqua-Lung America, Inc.

IT IS HEREBY ORDERED that Townsend and Townsend and Crew may withdraw from representation of plaintiff and counter-defendant Aqua-Lung America, Inc.

Dated: 8-4-09

Honorable Richard Seeborg
United States ~~District Judge~~ MAGISTRATE JUDGE

61936123 v1

NOTICE OF SUBSTITUTION OF COUNSEL FOR AQUA-LUNG AND [PROPOSED] ORDER GRANTING SUBSTITUTION

Case No.07-2346 RS

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of this document via the Court's CM/ECF system per General Order No. 45(IX)(B). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

Executed on May 6, 2009, at San Francisco, California.

/s/

NOTICE OF SUBSTITUTION OF COUNSEL FOR AQUA-LUNG AND [PROPOSED] ORDER GRANTING SUBSTITUTION

Case No.07-2346 RS

3