YOUNG & THOMPSON
Douglas V. Rigler
Email: drigler@young-thompson.com
Andrew J. Patch
Email: ajpatch@young-thompson.com
Jeffrey M. Goehring, BN 233002
Email: jgoehring@gmail.com
209 Madison Street, Suite 500
Alexandria, VA 22314
Tel: (703) 521-2297, Fax: (703) 685-0573

SCHIFF HARDIN LLP
John S. Worden
Email: jworden@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Tel: (415) 901-8700, Fax: (415) 901-8701

Attorneys for Plaintiff/Counterclaim-Defendant
Aqua-Lung America, Inc.

KAUTH, POMEROY, PECK & BAILEY LLP
Joel A. Kauth
2875 Michelle Drive, Suite 110
Irvine, CA 92606
Email: joel.kauth@kppb.com
Tel: (949) 852-0000, Fax: (949) 852-0004

Attorney for Defendant
American Underwater Products, Inc. d/b/a Oceanic; and Two Forty Deuce Corporation

*E-Filed 8/6/09*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| AQUA-LUNG AMERICA, INC.<br><br>           Plaintiff,<br>    v.<br><br>AMERICAN UNDERWATER<br>PRODUCTS, INC., d/b/a OCEANIC; and<br><br>TWO FORTY DEUCE CORPORATION,<br><br>           Defendants. | Case No. C 07 2346 RS<br><br>**STIPULATION MODIFYING TIME**<br><br>**Hon. Richard Seeborg** |

    WHEREAS after mutual consultation, the Parties have agreed to schedule additional settlement discussions to attempt to resolve the claims and counterclaims in this action; and

1  WHEREAS the scope of the discussions may involve certain foreign patents related to Automated
2  Closure Devices and the advice of foreign counsel may be desirable; and
3  WHEREAS no trial date has been set;
4  It is hereby stipulated, subject to Court approval, that the dates set in the Case Management Order
5  entered on April 22, 2009 [Document 83] shall be modified as follows:
6      1) Discovery cut-off date **November 24, 2009**;
7      2) Expert report of the Party bearing the burden of proof on any issue **October 16, 2009**;
8      3) Expert rebuttal reports **November 6, 2009**;
9      4) Completion of expert depositions **November 24, 2009**; and
10     5) Pretrial Motions. All pretrial motions must be filed and served pursuant to Civil Local Rule 7.
11 All pretrial motions shall be <u>**heard**</u> no later than **January 20, 2010**.

KAUTH, POMEROY, PECK & BAILEY LLP                YOUNG & THOMPSON

By: ___/s/_____                    By: ___/s/_____
    Joel A. Kauth                                   Douglas V. Rigler

Counsel for Defendant                            Counsel for Plaintiff
American Underwater Products, Inc.               and Counterclaim-Defendant
d/b/a Oceanic; and Two Forty Deuce Corporation   Aqua-Lung America, Inc.

**APPROVED AND SO ORDERED**

Dated: __8/6/09_____                    _____/s/ Richard Seeborg_____
                                                 Hon. RICHARD SEEBORG
                                                 **United States Magistrate Judge**

Young & Thompson
209 Madison Street, Suite 500
Alexandria, Virginia 22314
703-521-2297