*E-Filed 5/19/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AQUA-LUNG AMERICA, INC., a Delaware Corporation,<br><br>            Plaintiff,<br>   v.<br><br>AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC, a California Corporation; and TWO FORTY DEUCE CORPORATION, a Colorado Corporation,<br><br>            Defendants.<br>_____/ | No. C 07-02346 RS<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING AQUA-LUNG'S MOTIONS FOR RECONSIDERATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Aqua-Lung America, Inc., has filed two motions for reconsideration of the Court's summary judgment order of April 28, 2010. Defendants American Underwater Products, d/b/a Oceanic, and Two Forty Deuce Corporation are hereby directed to file a consolidated response to the motions, which shall not exceed ten pages in length, no later than June 2, 2010. The matter will then be deemed under submission.

The Case Management Conference currently scheduled for June 10, 2010, is hereby continued to **July 22, 2010, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse,

450 Golden Gate Avenue, San Francisco, California.  The parties should file a joint case management statement no later than **July 15, 2010**.

IT IS SO ORDERED.

Dated:  5/19/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE