# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AQUA-LUNG AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC;<br><br>and<br><br>TWO FORTY DEUCE CORPORATION,<br>             Defendants. | **CASE NO. C 07 2346 RS/HRL**<br><br>~~[PROPOSED]~~ **CONSENT ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

Upon request of plaintiff, Aqua-Lung America, and consent by defendants, American Underwater Products, Inc. and Two Forty Deuce Corporation, the Case Management Conference set for September 30, 2010, shall be continued to **October 21, 2010, at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States courthouse, 450 Golden Gate Avenue, San Francisco.  The parties should file a Joint Case Management Statement one week prior to the conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically and must contact court Conference at 866/582-6878 at least one week prior to the Conference.

IT IS SO ORDERED.

Dated: _ 8/4/10 _____            _____

RICHARD SEEBORG

UNITED STATES DISTRICT JUDGE