YOUNG & THOMPSON
Douglas V. Rigler, admitted pro hac vice
drigler@young-thompson.com
Andrew J. Patch, admitted pro hac vice
ajpatch@young-thompson.com
Jeffrey M. Goehring, BN 233002
jgoehring@young-thompson.com
209 Madison Street
Suite 500
Alexandria, VA 22314
703-521-2297
Fax: 703-685-0573

SCHIFF HARDIN LLP
John Spencer Guy Worden, BN 142943
jworden@schiffhardin.com
Jeffrey V. Commisso, BN 191267
jcommisso@schiffhardin.com
One Market
Spear Street Tower
Thirty Second Floor
San Francisco, CA 94105
415-901-8700
Fax: 415-901-8701

  Attorneys for Plaintiff Aqua-Lung
     America, Inc.

KAUTH, POMEROY, PECK &
   BAILEY LLP
Joel A. Kauth, CA Bar No. 186544
joel.kauth@kppb.com
2875 Michelle Drive, Suite 110
Irvine, CA 92606
949 852-0000
Fax: 949 852-0004

Attorneys for Defendants American
   Underwater Products Inc., d/b/a
   Oceanic; and Two Forty Deuce
   Corporation

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AQUA-LUNG AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNDERWATER PRODUCTS, INC., d/b/a OCEANIC; and<br><br>TWO FORTY DEUCE CORPORATION,<br><br>Defendants. | **Case No. C 07 2346 RS**<br><br>**STIPULATION OF DISMISSAL**<br><br><br>**Hon. Richard Seeborg** |

All of the parties to this action, having entered into a Settlement Agreement, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

/s/ Douglas V. Rigler _____                /s/ Joel A. Kauth_____

Douglas V. Rigler                            Joel A. Kauth
Counsel for Aqua-Lung America, Inc.          Counsel for American Underwater
                                                Products Inc., d/b/a Oceanic;
Date:  6/17/2011                                and Two Forty Deuce Corporation

                                             Date:   6/17/2011


**SO ORDERED**,

Date:  6/17/11              _____

                            Richard Seeborg
                            United States District Judge

**CERTIFICATE OF SERVICE**

This document was served on all parties to this action via the Court's ECF system.

/s/ Douglas V. Rigler

Douglas V. Rigler
Counsel for Aqua-Lung America, Inc.

Young & Thompson
209 Madison St., Suite 500
Alexandria, VA 22314
(703) 521-2297